**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE L. GONZALEZ,<br><br>PLAINTIFF<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>DEFENDANT | CASE NUMBER:<br><br>5:25-cv-01259-SSC<br><br><br>**JUDGMENT** |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on    June 16, 2026 as docket number 21_____ (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff, Jose Gonzalez
_____

and against

Defendant, Ford Motor Company
_____

according to the terms set forth in the Offer of Judgment.

Date:  6/17/2026 _____          By: _____
                                                United States Magistrate Judge

CV-140 (02/21)                                **JUDGMENT**